# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | | Case No.3:13 -mj-285 SD of Ohio |
| | | 3:13-cr-87 ED of Kentucky |
| | : | |
| -vs- | | Magistrate Judge Michael J. Newman |
| ROBERT F. DAMERON, | | |
| | : | |
| Defendant. | | |

## REMOVAL ORDER AND COMMITMENT TO ANOTHER DISTRICT

This case came on to be heard pursuant to Fed. R. Crim. P. 5. Defendant was arrested in this District upon an arrest warrant issued on Indictment from the Eastern District of Kentucky at Lexington, in Case Number. 5:12-cr-87. The defendant appeared with court appointed counsel for an initial appearance and executed a Waiver of Identity Hearing. Based upon the waiver and his admission in open Court, the Court finds the defendant is the person named in the Warrant.

A hearing on the motion of the United States for Pretrial Detention has held on June 26, 2013. The United States relied on the report of the Pretrial Services Officer, the presumption of detainability arising from the nature of the offense and the maximum and minimum sentences, and the probable cause determination made by the Court in issuing the arrest warrant. Defendant presented no testimony. He was ORDERED detained.

**IT IS THEREFORE ORDERED** that the defendant be removed in custody to the Eastern District of Kentucky at Lexington, where the charges are pending against him.

**TO THE UNITED STATES MARSHAL:**

You are hereby commanded to take custody of the above named Defendant and to transport that Defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the Defendant to the United States Marshal for that District or to some other officer authorized to receive the Defendant, all proceedings required by Fed. R. Crim. P. 5 having been completed.

June 26, 2013                                           s/ Michael J. Newman
                                                        United States Magistrate Judge

cc: United States Marshal

| **RETURN** |
|---|
| This commitment was received and executed as follows: <br><br> Date Received: <br> Place of Commitment: <br> Date of Commitment: <br><br> _____ <br> Deputy Marshal |